**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Matt Just,<br><br>                    Plaintiff,<br><br>v.<br><br>Diversified Credit, Inc. a/k/a Diversified Consultants, Inc.,<br><br>                    Defendants. | COURT FILE NO.: 07-4876 MJD/RLE<br><br>**DEFENDANT DIVERSIFIED CREDIT, INC. A/K/A DIVERSIFIED CONSULTANTS, INC.'S STATEMENT OF THE CASE** |

Pursuant to the Court's Pretrial Notice and Order, Defendant Diversified Credit, Inc. a/k/a Diversified Consultants, Inc. ("DCI") submits the following Statement of the Case:

**Statement of Case:**

DCI denies that it violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. DCI asserts the affirmative defense of bona fide error in addition to the defenses set forth in its Answer.

**Insurance Carrier/Indemnitors:**

DCI states that it has not tendered the defense of this matter to any insurance carrier.

1113224v1

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated:  March 26, 2008. | s/ James R. Bedell<br>Michael S. Poncin (#296417)<br>James R. Bedell (#351544)<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis  MN  55402-4129<br>Telephone:  (612) 877-5000<br>ATTORNEYS FOR DEFENDANT<br>DIVERSIFIED CREDIT, INC. A/K/A<br>DIVERSIFIED CONSULTANTS, INC. |

1113224v1